# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-23260-GLT |
| | : | |
| Justin Eric Drexler and | : | |
| Shea Heather Murray, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**JUSTIN:**

October 2, 2020

October 10, 2020

October 30, 2020

November 13, 2020

**SHEA:**

October 2, 2020

October 10, 2020

October 30, 2020

November 13, 2020

**Next Payment Advice Expected (post-filing):**

**JUSTIN:**

November 27, 2020

**SHEA:**

November 27, 2020

K.D.    DREXLER, JUSTIN & MURRAY, SHEA

10/28/20
R071186

COUNTY OF ALLEGHENY
436 Grant Street, Room 104
Pittsburgh PA 15219

2431947
DREXLER, JUSTIN
133 KAREN PLACE
HOMESTEAD, PA 15120

Route: 30-0000
Check No: 5085
Check Date: 10/02/20
Period End: 09/26/20
Period From:
Period Thru:

| Period Earnings | Hours | Rate | Amount | Year to Date | Description | Period Amount | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 72.00 | 20.7367 | 1,493.01 | 27,040.25 | Gross Wages | 3999.62 | 51,172.55 |
| Special Proj | | | | 82.95 | Federal Income Tax | 393.38 | 3,719.54 |
| ESL | | | | 829.45 | Federal FICA Withheld | 245.03 | 3,117.47 |
| OT Straight | | | | 31.11 | Federal Medicare Withheld | 57.31 | 729.09 |
| OT 1.5 | 64.00 | 31.1051 | 1,990.72 | 19,355.10 | PENNSYLVANIA With | 121.33 | 1,543.64 |
| Vacation | | | | 1,824.79 | PENNSYLVANIA SUI | 2.40 | 30.70 |
| Vac/Holiday | | | | 829.45 | Munhall W/H | 19.76 | 251.40 |
| Sick | 8.00 | 20.7367 | 165.89 | 829.45 | Steel Valley | 19.76 | 251.40 |
| UniformAllow | | | 350.00 | 350.00 | Pittsburgh LST | 2.00 | 40.00 |
| | | | 1.00 | 20.00 | Retire2014 | 165.89 | 3,143.61 |
| | | | 1.00 | 20.00 | Retire14OT | 0.00 | 449.99 |
| Dental Flex C/P | | | 25.27 | 505.40 | Hlth Fe2.5% | 41.50 | 830.00 |
| UPMC C/P | | | 772.83 | 16,390.89 | Con Flx Fam | 6.08 | 60.80 |
| Vis Bas C/P | | | 2.47 | 24.70 | Union Dues | 27.69 | 553.80 |
| LifeIns12C/P | | | | 10.17 | VAL 457B Lmp | 50.00 | 1,000.00 |
| RetNO OT C/P | | | 165.89 | 3,143.61 | | 0.00 | |
| Ret14 OT C/P | | | | 449.99 | | 0.00 | |
| Wrk Comp C/P | | | 8.00 | 160.00 | | 0.00 | |

Gross Pay 3,999.62        Total Deductions 1,152.13        Net Pay 2,847.49

10/28/20
R07186

COUNTY OF ALLEGHENY
436 Grant Street, Room 104
Pittsburgh PA 15219

Route: 30-0000
Check No: 5012
Check Date: 10/16/20
Period End: 10/10/20
Period From:
Period Thru:

2431947
DREXLER, JUSTIN
133 KAREN PLACE
HOMESTEAD, PA  15120

| Period Earnings | Hours | Rate | Amount | Year to Date | Description | Period Amount | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 22.5172 | 900.70 | 27,940.95 | Gross Wages | 2308.04 | 53,480.59 |
| Special Proj | | | | 82.95 | Federal Income Tax | 149.54 | 3,869.08 |
| ESL | | | | 829.45 | Federal FICA Withheld | 140.31 | 3,257.78 |
| OT Straight | | | | 31.11 | Federal Medicare Withheld | 32.81 | 761.90 |
| OT 1.5 | 15.00 | 33.7758 | 506.64 | 19,861.74 | PENNSYLVANIA With | 69.48 | 1,613.12 |
| Vacation | | | | 1,824.79 | PENNSYLVANIA SUI | 1.39 | 32.09 |
| Vac/Holiday | 40.00 | 22.5172 | 900.70 | 1,730.15 | Munhall W/H | 11.32 | 262.72 |
| Sick | | | | 829.45 | Steel Valley | 11.32 | 262.72 |
| UniformAllow | | | | 350.00 | Pittsburgh LST | 2.00 | 42.00 |
| | | | 1.00 | 21.00 | Retire2014 | 180.14 | 3,323.75 |
| | | | 1.00 | 21.00 | Retire14OT | 37.04 | 487.03 |
| Dental Flex C/P | | | 25.27 | 530.67 | Hlth Fe2.5% | 45.00 | 875.00 |
| UPMC C/P | | | 772.83 | 17,163.72 | Con Flx Fam | 0.00 | 60.80 |
| Vis Bas C/P | | | 1.13 | 24.70 | Union Dues | 27.69 | 581.49 |
| Lifeins12C/P | | | | 11.30 | VAL457B Lmp | 50.00 | 1,050.00 |
| RetNO OT C/P | | | 180.14 | 3,323.75 | | 0.00 | |
| Ret4 OT C/P | | | 37.04 | 487.03 | | 0.00 | |
| Wrk Comp C/P | | | 8.00 | 168.00 | | 0.00 | |

Gross Pay    2,308.04          Total Deductions    758.04          Net Pay    1,550.00

COUNTY OF ALLEGHENY        2431947        DREXLER, JUSTIN

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular Pay | 23.4296 | 72.00 | 1,686.96 | 29,627.91 | Gross Wages | 2,717.88 | 56,198.47 |
| Special Proj | | | | 82.95 | Federal Income Tax | 199.80 | 4,068.86 |
| ESL | | | | 820.45 | Federal FICA Withheld | 165.61 | 3,423.39 |
| OT Straight | | | | 31.11 | Federal Medicare Withheld | 38.73 | 800.83 |
| OT 1.5 | 35.1444 | 24.00 | 843.48 | 20,705.22 | PENNSYLVANIA With | 82.00 | 1,695.12 |
| Vacation | | | | 1,824.79 | PENNSYLVANIA SUI | 1.63 | 33.72 |
| Vac/Holiday | | | | 1,732.15 | Munhall W/H | 13.36 | 276.08 |
| Sick | 23.4296 | 8.00 | 187.44 | 1,018.89 | Steel Valley | 13.36 | 276.08 |
| UniformAllow | | | | 350.00 | Pittsburgh LST | 2.00 | 44.00 |
| | | | | | Retire2014 | 187.44 | 3,511.19 |
| | | | | | Retire14OT | 18.98 | 506.01 |
| | | | | | Dental Flex C/P | | |
| | | | | | Hlth Pe2.5% | 46.75 | 921.75 |
| | | | | | UPMC C/P | | |
| | | | | | Con Flx Fam | | 80.80 |
| | | | | | Vis Bas C/P | | |
| | | | | | Union Dues | 27.69 | 609.18 |
| | | | | | LifeIns12C/P | | |
| | | | | | VAL 457B Lmp | 50.00 | 1,100.00 |
| | | | | | RetNO OT C/P | | |
| | | | | | Ret14 OT C/P | | |
| | | | | | Wrk Comp C/P | | |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 2,717.88 | 516.49 | 330.86 | 1,870.53 | BEGIN 10/11/2020 END 10/24/2020 | 5010 | $1,870.53 |



**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 10/30/2020
NO.         5010

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | 1021881657 | $1,870.53 |

DREXLER, JUSTIN
133 KAREN PLACE
HOMESTEAD PA 15120

**PAYROLL ADVICE ONLY — NON NEGOTIABLE**

COUNTY OF ALLEGHENY          2431947          DREXLER, JUSTIN

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAXES/DED | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular Pay | 23.4298 | 40.00 | 937.20 | 30,565.11 | Gross Wages | 7,678.23 | 63,876.70 |
| Special Proj | | | | 82.95 | Federal Income Tax | 1,098.69 | 5,187.57 |
| ESL | | | | 829.45 | Federal FICA Withheld | 472.77 | 3,896.16 |
| OT Straight | | | | 31.11 | Federal Medicare Withheld | 110.57 | 911.20 |
| OT 1.5 | 35.1444 | 23.00 | 808.33 | 21,513.55 | PENNSYLVANIA With | 234.10 | 1,929.22 |
| Retro Reg | | | 2,987.90 | 2,987.90 | PENNSYLVANIA SUI | 4.81 | 38.33 |
| Retro OT | | | 1,882.60 | 1,882.60 | Munhall W/H | 38.13 | 314.21 |
| Vacation | | | | 1,824.79 | Steel Valley | 38.13 | 314.21 |
| Vac/Holiday | 23.4298 | 40.00 | 937.20 | 2,667.35 | Pittsburgh LST | 2.00 | 46.00 |
| Sick | | | | 1,016.89 | Retire2014 | 486.23 | 3,997.42 |
| UniformAllow | | | | 350.00 | Retire14OT | | 508.01 |
| Wellnes Bns | | | 125.00 | 125.00 | Hlth Fe2.5% | 48.75 | 968.50 |
| | | | | | Con Flx Fam | 6.08 | 66.88 |
| | | | | | Union Dues | 27.69 | 836.87 |
| | | | | | Dental Flex C/P | 25.27 | 581.21 |
| | | | | | VAL 457B Lmp | 50.00 | 1,150.00 |
| | | | | | UPMC C/P | 772.83 | 18,709.38 |
| | | | | | Vis Bas C/P | 2.47 | 27.17 |
| | | | | | LifeIns12C/P | | 11.30 |
| | | | | | RetNO OT C/P | 486.23 | 3,997.42 |
| | | | | | Ret14 OT C/P | | 508.01 |
| | | | | | Wrk Comp C/P | 8.00 | 184.00 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | DEPOSIT NUMBER | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
| CURRENT | 7,678.23 | 1,999.00 | 616.75 | 5,062.48 | BEGIN 10/25/2020 END 11/07/2020 | 5085 | $5,062.48 |



**COUNTY OF ALLEGHENY**
**PITTSBURGH, PA.**
JOHN K. WEINSTEIN, TREASURER
CHELSA WAGNER, CONTROLLER

DATE 11/13/2020
NO.    5085

| BANK NAME | ACCOUNT TYPE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| PITTSBURGH NATIONAL BANK | CHECKING | ****************1657 | $5,062.48 |

DREXLER, JUSTIN
133 KAREN PLACE
HOMESTEAD PA 15120

**PAYROLL ADVICE ONLY — NON NEGOTIABLE**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 09/26/20 |
|---|---|
| 2. Pay Date | 10/02/20 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| MURRAY SHEA H | VN  02  02 | 33.22 | 49.83 | 69093.00                    69093.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3706 | 0.00 | E | 01/07/18 | 685 | 01/02/21 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:  7637.29 | |
| PA | S | 0 | 0 | 421753 | S | 0 | 0 | MUNHALL BORO | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 3230.63 | 83350.34 | |
| TAXABLE WAGES | 3222.36 | 83184.94 | |
| NONTAXABLE WAGES | 8.27 | 165.40 | |
| TAX DEFERRED WAGES | | | ROTH DATA               5% |
| DEDUCTIONS | 981.36 | 29716.42 | |
| AEIC | | | |
| NET PAY | 2249.27 | 53633.92 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2657.60 | TOUR DIFF | 80.00 | 265.60 | SAT PREM T38 | 12.00 | 99.72 |
| SUN PREM T38 | 24.00 | 199.44 | UNIFORM ALW | | 8.27 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N2 | 10.80 | 214.50 | FEGLI OPTNL | ABC | 5.04 | 100.20 |
| MEDICARE | | 46.72 | 1206.18 | OASDI | | | 4771.18 |
| ORG/UNION | VBUD | 21.00 | 420.00 | RETIRE, FERS | KF | 116.93 | 2322.50 |
| TAX, FEDERAL | | 514.84 | 14623.96 | TAX, LST | 422079 | 2.00 | 40.00 |
| TAX, LOCAL | 421753 | 32.22 | 731.83 | TAX, STATE | PA | 98.93 | 2646.77 |
| ROTH DED | | 132.88 | 2639.30 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 102.00 | 8.00 | 152.00 | | 105.75 | | 148.25 | |
| SICK | 48.00 | 4.00 | 76.00 | | 48.00 | | 76.00 | |
| COMPENSATORY | 3.50 | | 2.00 | | 2.25 | | | |
| HOLIDAY | | | | | 24.00 | | | |
| LWOP | | | | | 1.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.40 | 107.25 | MEDICARE | 46.72 | 1206.18 |
| OASDI | 199.79 | 5157.47 | RETIRE, FERS | 377.38 | 7495.62 |
| TSP BASIC | 26.58 | 527.92 | TSP MATCHING | 106.30 | 2111.38 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
FROM SEP - DEC 2020 IF YOUR BI-WEEKLY WAGES ARE LESS THAN $4,000 THE WITHHOLDING OF YOUR
SOCIAL SECURITY (OASDI) TAX WILL BE DEFERRED AND EXPECTED TO BE COLLECTED BETWEEN JAN 1
APR 30, 2021.  FOR MORE INFO VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
3.25 COMPENSATORY TIME HOURS FORFEITED YTD.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 10/10/20 |
| 2. Pay Date | 10/16/20 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| MURRAY SHEA H | VN 02 02 | 33.22 | 49.83 | 69093.00     69093.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3706 | 0.00 | E | 01/07/18 | 685 | 01/02/21 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS: 7754.22 | |
| PA | S | 0 | 0 | 421753 | S | 0 | 0 | MUNHALL BORO | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 3410.03 | 86760.37 | |
| TAXABLE WAGES | 3401.76 | 86586.70 | |
| NONTAXABLE WAGES | 8.27 | 173.67 | |
| TAX DEFERRED WAGES | | | ROTH DATA       5% |
| DEDUCTIONS | 1030.74 | 30747.16 | |
| AEIC | | | |
| NET PAY | 2379.29 | 56013.21 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2657.60 | TOUR DIFF | 44.00 | 146.08 | SAT PREM T38 | 12.00 | 99.72 |
| SUN PREM T38 | 12.00 | 99.72 | HOL PREM T38 | 12.00 | 398.64 | UNIFORM ALW | | 8.27 |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | N2 | 10.80 | 225.30 | FEGLI OPTNL | ABC | 5.04 | 105.24 |
| MEDICARE | | 49.33 | 1255.51 | OASDI | | | 4771.18 |
| ORG/UNION | VBUD | 21.00 | 441.00 | RETIRE, FERS | KF | 116.93 | 2439.43 |
| TAX, FEDERAL | | 554.31 | 15178.27 | TAX, LST | 422079 | 2.00 | 42.00 |
| TAX, LOCAL | 421753 | 34.02 | 765.85 | TAX, STATE | PA | 104.43 | 2751.20 |
| ROTH DED | | 132.88 | 2772.18 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 102.00 | 8.00 | 160.00 | 36.00 | 141.75 | | 120.25 | |
| SICK | 48.00 | 4.00 | 80.00 | | 48.00 | | 80.00 | |
| COMPENSATORY | 3.50 | | 2.00 | | 2.25 | | | |
| HOLIDAY | | | | | 24.00 | | | |
| LWOP | | | | | 1.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.40 | 112.65 | MEDICARE | 49.33 | 1255.51 |
| OASDI | 210.91 | 5368.38 | RETIRE, FERS | 377.38 | 7873.00 |
| TSP BASIC | 26.58 | 554.50 | TSP MATCHING | 106.30 | 2217.68 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
FROM SEP - DEC 2020 IF YOUR BI-WEEKLY WAGES ARE LESS THAN $4,000 THE WITHHOLDING OF YOUR
SOCIAL SECURITY (OASDI) TAX WILL BE DEFERRED AND EXPECTED TO BE COLLECTED BETWEEN JAN 1
APR 30, 2021.  FOR MORE INFO VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
3.25 COMPENSATORY TIME HOURS FORFEITED YTD.

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 10/24/20 |
| --- | --- |
| 2. Pay Date | 10/30/20 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| MURRAY SHEA H | VN 02 02 | 33.22 | 49.83 | 69093.00         69093.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-3706 | 0.00 | E | 01/07/18 | 685 | 01/02/21 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS: 7871.15 | |
| PA | S | 0 | 0 | 421753 | S | 0 | 0 | MUNHALL BORO | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 3190.79 | 89951.16 | |
| TAXABLE WAGES | 3182.52 | 89769.22 | |
| NONTAXABLE WAGES | 8.27 | 181.94 | |
| TAX DEFERRED WAGES | | | ROTH DATA       5% |
| DEDUCTIONS | 970.40 | 31717.56 | |
| AEIC | | | |
| NET PAY | 2220.39 | 58233.60 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2657.60 | TOUR DIFF | 68.00 | 225.76 | SAT PREM T38 | 24.00 | 199.44 |
| SUN PREM T38 | 12.00 | 99.72 | UNIFORM ALW | | 8.27 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FEGLI | N2 | 10.80 | 236.10 | FEGLI OPTNL | ABC | 5.04 | 110.28 |
| MEDICARE | | 46.14 | 1301.65 | OASDI | | | 4771.18 |
| ORG/UNION | VBUD | 21.00 | 462.00 | RETIRE, FERS | KF | 116.93 | 2556.36 |
| TAX, FEDERAL | | 506.08 | 15684.35 | TAX, LST | 422079 | 2.00 | 44.00 |
| TAX, LOCAL | 421753 | 31.83 | 797.68 | TAX, STATE | PA | 97.70 | 2848.90 |
| ROTH DED | | 132.88 | 2905.06 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 102.00 | 8.00 | 168.00 | | 141.75 | | 128.25 | |
| SICK | 48.00 | 4.00 | 84.00 | 12.00 | 60.00 | | 72.00 | |
| COMPENSATORY | 3.50 | | 2.00 | | 2.25 | | | |
| HOLIDAY | | | | | 24.00 | | | |
| LWOP | | | | | 1.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 5.40 | 118.05 | MEDICARE | 46.14 | 1301.65 |
| OASDI | 197.31 | 5565.69 | RETIRE, FERS | 411.93 | 8284.93 |
| TSP BASIC | 26.58 | 581.08 | TSP MATCHING | 106.30 | 2323.98 |

## REMARKS

```
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
FROM SEP - DEC 2020 IF YOUR BI-WEEKLY WAGES ARE LESS THAN $4,000 THE WITHHOLDING OF YOUR
SOCIAL SECURITY (OASDI) TAX WILL BE DEFERRED AND EXPECTED TO BE COLLECTED BETWEEN JAN 1
APR 30, 2021.  FOR MORE INFO VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
3.25 COMPENSATORY TIME HOURS FORFEITED YTD.
```

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 11/07/20 |
| --- | --- |
| 2. Pay Date | 11/13/20 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay | |
| --- | --- | --- | --- | --- | --- |
| MURRAY SHEA H | VN 02 02 | 33.22 | 49.83 | 69093.00 | 69093.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-3706 | 0.00 | E | 01/07/18 | 685 | 01/02/21 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| PNC BANK, NATIONAL ASSOCIAT | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS: 7988.08 | |
| PA | S | 0 | 0 | 421753 | S | 0 | 0 | MUNHALL BORO | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 3370.23 | 93321.39 | |
| TAXABLE WAGES | 3361.96 | 93131.18 | |
| NONTAXABLE WAGES | 8.27 | 190.21 | |
| TAX DEFERRED WAGES | | | ROTH DATA    5% |
| DEDUCTIONS | 1019.79 | 32737.35 | |
| AEIC | | | |
| NET PAY | 2350.44 | 60584.04 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2657.60 | OVERTIME T38 | 1.00 | 49.83 | TOUR DIFF | 73.00 | 242.36 |
| SAT PREM T38 | 12.00 | 99.72 | SUN PREM T38 | 37.00 | 307.47 | UNIFORM ALW | | 8.27 |

## RETROACTIVE EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TOUR DIFF | 1.50 | 4.98 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FEGLI | N2 | 10.80 | 246.90 | FEGLI OPTNL | ABC | 5.04 | 115.32 |
| MEDICARE | | 48.75 | 1350.40 | OASDI | | | 4771.18 |
| ORG/UNION | VBUD | 21.00 | 483.00 | RETIRE, FERS | KF | 116.93 | 2673.29 |
| TAX, FEDERAL | | 545.55 | 16229.90 | TAX, LST | 422079 | 2.00 | 46.00 |
| TAX, LOCAL | 421753 | 33.62 | 831.30 | TAX, STATE | PA | 103.22 | 2952.12 |
| ROTH DED | | 132.88 | 3037.94 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 102.00 | 8.00 | 176.00 | | 141.75 | | 136.25 | |
| SICK | 48.00 | 4.00 | 88.00 | 8.00 | 68.00 | | 68.00 | |
| COMPENSATORY | 3.50 | | 3.50 | | 2.25 | | 1.50 | |
| HOLIDAY | | | | | 24.00 | | | |
| LWOP | | | | | 1.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 5.40 | 123.45 | MEDICARE | 48.75 | 1350.40 |
| OASDI | 208.44 | 5774.13 | RETIRE, FERS | 411.93 | 8696.86 |
| TSP BASIC | 26.58 | 607.66 | TSP MATCHING | 106.30 | 2430.28 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
FROM SEP - DEC 2020 IF YOUR BI-WEEKLY WAGES ARE LESS THAN $4,000 THE WITHHOLDING OF YOUR
SOCIAL SECURITY (OASDI) TAX WILL BE DEFERRED AND EXPECTED TO BE COLLECTED BETWEEN JAN 1
APR 30, 2021.  FOR MORE INFO VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED