**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| Justin Eric Drexler and | : | Bankruptcy No: 20-23260-GLT |
| Shea Heather Murray | : |  |
| *Debtors*, | : | Chapter 13 |
|  | : |  |
| vs. | : |  |
|  | : | DOCKET NO.: |
|  | : |  |
| Community Bank NA, | : |  |
| *Movant*, | : |  |
|  | : |  |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:** **Community Bank NA**
**Incorrect Address:** **45-49 Court Street, Canton NY 13617**
**Correct Address:** **PO Box 357, Carmichaels PA 15320**

Respectfully Submitted,

Date: February 12, 2021

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors