Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Justin Eric Drexler
Shea Heather Murray**
  Debtor(s)

Bankruptcy Case No.: 20−23260−GLT
Issued Per 6/3/2021 Proceeding
Chapter: 13
Docket No.: 29 − 17
Concil. Conf.: June 3, 2021 at 10:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

　　IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 14, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jun. 3, 2021 at 10:00 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 16 of PNC Bank NA, Claim No. 1 of Bank of America .

☐ H. Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: June 4, 2021

cc:   All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Justin Eric Drexler  
Shea Heather Murray  
    Debtors

Case No. 20-23260-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 04, 2021 | Form ID: 149 | Total Noticed: 56 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin Eric Drexler, Shea Heather Murray, 133 Karen Place, Munhall, PA 15120-3605 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15313185 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15313186 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15313187 | + | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 15314625 | | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15317701 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15353615 | + | Community Bank, 2111 N. Franklin Drive, Suite 200, Washington, PA 15301-5893 |
| 15313200 | + | Dollar Bank Visa, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 15313202 | + | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15321872 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15313222 | + | TD Bank USA/Targer Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15313221 | + | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15326526 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15313224 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 05 2021 00:52:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15313188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2021 00:48:38 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15313189 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 05 2021 00:51:19 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15313190 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 05 2021 00:51:19 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15313191 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 05 2021 00:51:19 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15313192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2021 00:52:59 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15313193 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2021 00:48:38 | Citibank N.A., 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15313194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2021 00:53:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15313195 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2021 01:03:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |

Case 20-23260-GLT   Doc 31   Filed 06/06/21   Entered 06/07/21 00:36:00   Desc Imaged
                    Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: dbas | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 04, 2021 | Form ID: 149 | Total Noticed: 56 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15313196 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 05 2021 01:03:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15313197 | + | Email/Text: svlainich@communitybank.tv | Jun 05 2021 01:03:00 | Community Bank NA, PO Box 357, Carmichaels PA 15320-0357 |
| 15313199 | | Email/Text: mrdiscen@discover.com | Jun 05 2021 01:02:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15313201 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2021 00:48:39 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15313198 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 05 2021 01:03:00 | Department of Education, Po Box 82561, Lincoln, NE 68501-2561 |
| 15332233 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 05 2021 01:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15313203 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 05 2021 00:48:31 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15313204 | + | Email/Text: BKRMailOPS@weltman.com | Jun 05 2021 01:03:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15313205 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 05 2021 01:02:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15313206 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2021 01:03:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15317675 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2021 01:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15333807 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 05 2021 01:02:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15327642 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 05 2021 01:02:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15313207 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 05 2021 01:02:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15313208 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 05 2021 01:02:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15313209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2021 00:48:35 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15326728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2021 00:51:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15313210 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:51:14 | Synchrony Bank, 200 Crossing Boulevard, Suite 101, Bridgewater, NJ 08807-2876 |
| 15313518 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:51:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15313211 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:48:29 | Synchrony Bank/Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15313212 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:51:15 | Synchrony Bank/IKEA, Po Box 965005, Orlando, FL 32896-5005 |
| 15313213 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:51:15 | Synchrony Bank/Jwac, Po Box 965036, Orlando, FL 32896-5036 |
| 15313214 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:48:30 | Synchrony Bank/Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15313215 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:51:15 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15313216 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:51:14 | Synchrony Bank/Roomful Express, Po Box 965036, Orlando, FL 32896-5036 |

| District/off: 0315-2 | User: dbas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 04, 2021 | Form ID: 149 | Total Noticed: 56 |

| 15313217 | + Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:51:15 | Synchrony Bank/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15313218 | + Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:51:15 | Synchrony Bank/Score Rewards, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15313219 | + Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:51:15 | Synchrony Bank/Value City Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15313220 | + Email/PDF: gecsedi@recoverycorp.com | Jun 05 2021 00:48:29 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15313223 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2021 00:51:25 | The Home Depot/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15317210 | + Email/Text: electronicbkydocs@nelnet.net | Jun 05 2021 01:03:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15330386 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 05 2021 00:51:29 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15332285 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Shea Heather Murray dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Justin Eric Drexler dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Keri P. Ebeck | |

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7