IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Justin Eric Drexler | : | Case No. 20-23260-GLT |
| Shea Heather Murray | : | |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Doc. # 35 |
| | : | |
|     Movant(s) | : | Related to Proof of Claim 17 |
| | : | |
| vs. | : | Hearing Date: 4/6/22 |
| | : | at 10:00 a.m. |
| Justin Eric Drexler, Shea Heather Murray and Community Bank | : | |
|     Respondent(s) | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR ORDER OF COURT APPROVING THE TERMINATION OF PAYMENTS TO CREDITOR BASED ON PAY IN FULL INFORMATION

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on February 24, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than March 16, 2022.

3/17/2022

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com