Certificate Number: 03088-PAW-DE-040193788

Bankruptcy Case Number: 20-23260



03088-PAW-DE-040193788

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 13, 2025, at 4:25 o'clock PM CDT, shea H MURRAY completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 13, 2025                By:   /s/Doug Tonne

                                        Name: Doug Tonne

                                        Title: Counselor