Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Justin Eric Drexler** | : | Case No. 20−23260−GLT |
| **Shea Heather Murray** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 55 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 12/23/25 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      **AND NOW,** this ***The 24th of October, 2025***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 55 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  ***On or before December 8, 2025***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on ***December 23, 2025 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Justin Eric Drexler  
Shea Heather Murray  
    Debtors

Case No. 20-23260-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 24, 2025      Form ID: 604      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin Eric Drexler, Shea Heather Murray, 133 Karen Place, Munhall, PA 15120-3605 |
| 15313200 | + | Dollar Bank Visa, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:40:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 25 2025 00:30:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15313185 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 25 2025 01:34:36 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15313186 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 25 2025 00:30:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15313187 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 25 2025 00:30:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 15317701 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 25 2025 00:30:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15314625 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 25 2025 00:30:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15313188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:40:22 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15313189 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:41:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15313190 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:40:56 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15313191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:39:28 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15313192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:46 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15313193 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:39:43 | Citibank N.A., 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15313194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:51 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15313195 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | Comenity Bank/Express, Po Box 182789, |

Case 20-23260-GLT   Doc 57   Filed 10/26/25   Entered 10/27/25 00:29:26   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: 604 | Total Noticed: 56 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 15313196 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2025 00:30:00 | | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15353615 | + | Email/Text: rnewton@communitybank.tv Oct 25 2025 00:31:00 | | Community Bank, 2111 N. Franklin Drive, Suite 200, Washington, PA 15301-5893 |
| 15313197 | + | Email/Text: rnewton@communitybank.tv Oct 25 2025 00:31:00 | | Community Bank NA, PO Box 357, Carmichaels PA 15320-0357 |
| 15313199 | | Email/Text: mrdiscen@discover.com Oct 25 2025 00:30:00 | | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15313201 | | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 25 2025 00:40:20 | | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15313198 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Oct 25 2025 00:31:00 | | Department of Education, Po Box 82561, Lincoln, NE 68501-2561 |
| 15332233 | + | Email/Text: kburkley@bernsteinlaw.com Oct 25 2025 00:31:00 | | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15313202 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com Oct 25 2025 00:30:00 | | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15321872 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Oct 25 2025 00:30:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15313203 | + | Email/PDF: ais.chase.ebn@aisinfo.com Oct 25 2025 00:41:00 | | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15313204 | + | Email/Text: BKRMailOPS@weltman.com Oct 25 2025 00:30:00 | | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15313205 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Oct 25 2025 00:41:00 | | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15313206 | + | Email/Text: bankruptcydpt@mcmcg.com Oct 25 2025 00:31:00 | | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15317675 | + | Email/Text: bankruptcydpt@mcmcg.com Oct 25 2025 00:31:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15333807 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 25 2025 00:30:00 | | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15327642 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 25 2025 00:30:00 | | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15313207 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 25 2025 00:30:00 | | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15313208 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 25 2025 00:30:00 | | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15313209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2025 00:40:16 | | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15326728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2025 00:40:24 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15313210 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 25 2025 00:52:52 | | Synchrony Bank, 200 Crossing Boulevard, Suite 101, Bridgewater, NJ 08807-2876 |
| 15313518 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2025 00:52:11 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15313211 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 25 2025 00:40:24 | | Synchrony Bank/Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15313212 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 25 2025 00:52:38 | | Synchrony Bank/IKEA, Po Box 965005, Orlando, FL 32896-5005 |
| 15313213 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 20-23260-GLT   Doc 57   Filed 10/26/25   Entered 10/27/25 00:29:26   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: 604 | Total Noticed: 56 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 25 2025 00:52:23 | Synchrony Bank/Jwac, Po Box 965036, Orlando, FL 32896-5036 |
| 15313214 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:45 | Synchrony Bank/Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15313215 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:39 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15313216 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:45 | Synchrony Bank/Roomful Express, Po Box 965036, Orlando, FL 32896-5036 |
| 15313217 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:47 | Synchrony Bank/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15313218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:35 | Synchrony Bank/Score Rewards, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15313219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:12 | Synchrony Bank/Value City Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15313220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:09 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15313222 | + | Email/Text: bncmail@w-legal.com | Oct 25 2025 00:30:00 | TD Bank USA/Targer Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15313221 | + | Email/Text: bncmail@w-legal.com | Oct 25 2025 00:30:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15313223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:25 | The Home Depot/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15326526 | | Email/Text: BNCnotices@dcmservices.com | Oct 25 2025 00:30:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15317210 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 25 2025 00:31:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15330386 | | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2025 00:52:35 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15313224 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 25 2025 00:40:23 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15332285 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 24, 2025 | Form ID: 604 | Total Noticed: 56 |

Date: Oct 26, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Joint Debtor Shea Heather Murray dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Justin Eric Drexler dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8