**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JUSTIN ERIC DREXLER<br>SHEA HEATHER MURRAY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>            vs.<br>No Respondents. | Case No.:20-23260<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 24, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/19/2020 and confirmed on 1/13/21. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 138,064.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 138,064.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 7,019.38 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,019.38 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 41,430.56 | 0.00 | 41,430.56 |
|     Acct: 4108 | | | | |
|   PNC BANK NA | 0.00 | 6,122.48 | 0.00 | 6,122.48 |
|     Acct: 9309 | | | | |
|   PNC BANK NA | 181.53 | 181.53 | 0.00 | 181.53 |
|     Acct: 4108 | | | | |
|   BANK OF AMERICA NA** | 8,396.49 | 8,396.49 | 870.48 | 9,266.97 |
|     Acct: 7009 | | | | |
|   COMMUNITY BANK(*) | 1,414.68 | 1,414.68 | 276.99 | 1,691.67 |
|     Acct: 3625 | | | | |
| | | | | 58,693.21 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN ERIC DREXLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 5,784.67 | 5,784.67 | 0.00 | 5,784.67 |
|     Acct: 7195 | | | | |
|   BANK OF AMERICA NA** | 4,305.01 | 4,305.01 | 0.00 | 4,305.01 |
|     Acct: 7397 | | | | |
|   US DEPARTMENT OF EDUCATION | 11,015.89 | 11,015.89 | 0.00 | 11,015.89 |
|     Acct: 3706 | | | | |
|   US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8812 | | | | |
|   US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8712 | | | | |
|   US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |

20-23260                                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| Acct: 3611 | | | | |
| DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5427 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH | 6,406.68 | 6,406.68 | 0.00 | 6,406.68 |
| Acct: 3194 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 13,599.93 | 13,599.93 | 0.00 | 13,599.93 |
| Acct: 8802 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 480.44 | 480.44 | 0.00 | 480.44 |
| Acct: 7536 | | | | |
| PNC BANK NA | 17,918.99 | 17,918.99 | 0.00 | 17,918.99 |
| Acct: 6084 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 4,261.56 | 4,261.56 | 0.00 | 4,261.56 |
| Acct: 4197 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 2,850.44 | 2,850.44 | 0.00 | 2,850.44 |
| Acct: 8319 | | | | |
| UPMC HEALTH SERVICES | 400.00 | 400.00 | 0.00 | 400.00 |
| Acct: 3706 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL | 1,748.19 | 1,748.19 | 0.00 | 1,748.19 |
| Acct: 6523 | | | | |
| VERIZON BY AMERICAN INFOSOURCE A | 409.18 | 409.18 | 0.00 | 409.18 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 170.43 | 170.43 | 0.00 | 170.43 |
| Acct: 9881 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4197 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 69,351.41 |

TOTAL PAID TO CREDITORS                                                                                  128,044.62

TOTAL CLAIMED
PRIORITY            0.00
SECURED         9,992.70
UNSECURED      69,351.41

Date: 10/24/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　JUSTIN ERIC DREXLER<br>　SHEA HEATHER MURRAY<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:20-23260<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23260-GLT |
| Justin Eric Drexler | Chapter 13 |
| Shea Heather Murray | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin Eric Drexler, Shea Heather Murray, 133 Karen Place, Munhall, PA 15120-3605 |
| 15313200 | + | Dollar Bank Visa, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:41:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 25 2025 00:30:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15313185 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 25 2025 01:34:36 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15313186 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 25 2025 00:30:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15313187 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 25 2025 00:30:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 15317701 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 25 2025 00:30:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15314625 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 25 2025 00:30:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15313188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:40:23 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15313189 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:19 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15313190 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:41 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15313191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:52:40 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15313192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:41:04 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15313193 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:45 | Citibank N.A., 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15313194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:10 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15313195 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | Comenity Bank/Express, Po Box 182789, |

Case 20-23260-GLT   Doc 58   Filed 10/26/25   Entered 10/27/25 00:29:26   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 15313196 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2025 00:30:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15353615 | + | Email/Text: rnewton@communitybank.tv | Oct 25 2025 00:31:00 | Community Bank, 2111 N. Franklin Drive, Suite 200, Washington, PA 15301-5893 |
| 15313197 | + | Email/Text: rnewton@communitybank.tv | Oct 25 2025 00:31:00 | Community Bank NA, PO Box 357, Carmichaels PA 15320-0357 |
| 15313199 | | Email/Text: mrdiscen@discover.com | Oct 25 2025 00:30:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15313201 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:52 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15313198 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 25 2025 00:31:00 | Department of Education, Po Box 82561, Lincoln, NE 68501-2561 |
| 15332233 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 25 2025 00:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15313202 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 25 2025 00:30:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15321872 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 25 2025 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15313203 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2025 00:40:24 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15313204 | + | Email/Text: BKRMailOPS@weltman.com | Oct 25 2025 00:30:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15313205 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2025 00:39:32 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15313206 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2025 00:31:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15317675 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2025 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15333807 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 25 2025 00:30:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15327642 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 25 2025 00:30:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15313207 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 25 2025 00:30:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15313208 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 25 2025 00:30:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15313209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:52:38 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15326728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:40:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15313210 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:33 | Synchrony Bank, 200 Crossing Boulevard, Suite 101, Bridgewater, NJ 08807-2876 |
| 15313518 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2025 00:39:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15313211 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:31 | Synchrony Bank/Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15313212 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:59 | Synchrony Bank/IKEA, Po Box 965005, Orlando, FL 32896-5005 |
| 15313213 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 20-23260-GLT  Doc 58  Filed 10/26/25  Entered 10/27/25 00:29:26  Desc Imaged
Certificate of Notice  Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15313214 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 01:03:03 | Synchrony Bank/Jwac, Po Box 965036, Orlando, FL 32896-5036 |
| 15313215 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:30 | Synchrony Bank/Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15313216 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:51 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15313217 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:39:25 | Synchrony Bank/Roomful Express, Po Box 965036, Orlando, FL 32896-5036 |
| 15313218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:41:05 | Synchrony Bank/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15313219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:40:15 | Synchrony Bank/Score Rewards, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15313220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2025 00:52:30 | Synchrony Bank/Value City Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15313222 | + | Email/Text: bncmail@w-legal.com | Oct 25 2025 00:52:10 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15313221 | + | Email/Text: bncmail@w-legal.com | Oct 25 2025 00:30:00 | TD Bank USA/Targer Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15313223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:30:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15326526 | | Email/Text: BNCnotices@dcmservices.com | Oct 25 2025 00:39:41 | The Home Depot/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15317210 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 25 2025 00:30:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15330386 | | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2025 00:31:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15313224 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 25 2025 00:40:20 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| | | | Oct 25 2025 00:52:10 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15332285 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2025              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Daniel P. Foster
on behalf of Joint Debtor Shea Heather Murray dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Debtor Justin Eric Drexler dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8