| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Justin Eric Drexler<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−1397<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | Shea Heather Murray<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−3706<br>EIN  __−_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  20−23260−GLT | | |

## Order of Discharge      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Justin Eric Drexler                    Shea Heather Murray

<u>12/9/25</u>                          **By the court:** <u>Gregory L Taddonio</u>
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Justin Eric Drexler  
Shea Heather Murray  
    Debtors

Case No. 20-23260-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Dec 09, 2025      Form ID: 3180W      Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin Eric Drexler, Shea Heather Murray, 133 Karen Place, Munhall, PA 15120-3605 |
| 15313200 | + | Dollar Bank Visa, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 10 2025 05:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 10 2025 05:24:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Dec 10 2025 05:24:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 10 2025 00:40:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15313185 | | EDI: WFFC | Dec 10 2025 05:24:00 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15313186 | + | EDI: BANKAMER | Dec 10 2025 05:24:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15313187 | + | EDI: BANKAMER | Dec 10 2025 05:24:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 15317701 | + | EDI: BANKAMER2 | Dec 10 2025 05:24:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15314625 | | EDI: BANKAMER | Dec 10 2025 05:24:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15313188 | + | EDI: CITICORP | Dec 10 2025 05:24:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15313189 | + | EDI: CAPITALONE.COM | Dec 10 2025 05:24:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15313190 | + | EDI: CAPITALONE.COM | Dec 10 2025 05:24:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15313191 | + | EDI: CAPITALONE.COM | Dec 10 2025 05:24:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15313192 | + | EDI: CITICORP | Dec 10 2025 05:24:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: 3180W | Total Noticed: 58 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 15313193 | + EDI: CITICORP | Dec 10 2025 05:24:00 | Citibank N.A., 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15313194 | + EDI: CITICORP | Dec 10 2025 05:24:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15313195 | + EDI: WFNNB.COM | Dec 10 2025 05:24:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 15313196 | + EDI: WFNNB.COM | Dec 10 2025 05:24:00 | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15353615 | + Email/Text: rnewton@communitybank.tv | Dec 10 2025 00:41:00 | Community Bank, 2111 N. Franklin Drive, Suite 200, Washington, PA 15301-5893 |
| 15313197 | + Email/Text: rnewton@communitybank.tv | Dec 10 2025 00:41:00 | Community Bank NA, PO Box 357, Carmichaels PA 15320-0357 |
| 15313199 | EDI: DISCOVER | Dec 10 2025 05:24:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15313201 | EDI: CITICORP | Dec 10 2025 05:24:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15313198 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 10 2025 00:41:00 | Department of Education, Po Box 82561, Lincoln, NE 68501-2561 |
| 15332233 | + Email/Text: kburkley@bernsteinlaw.com | Dec 10 2025 00:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15313202 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 10 2025 00:40:00 | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15321872 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 10 2025 00:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15313203 | + EDI: JPMORGANCHASE | Dec 10 2025 05:24:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15313204 | + Email/Text: BKRMailOPS@weltman.com | Dec 10 2025 00:41:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15313205 | + EDI: CAPITALONE.COM | Dec 10 2025 05:24:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15313206 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2025 00:41:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15317675 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2025 00:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15333807 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 10 2025 00:40:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15327642 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 10 2025 00:40:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15313207 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 10 2025 00:40:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15313208 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 10 2025 00:40:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15313209 | EDI: PRA.COM | Dec 10 2025 05:24:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15326728 | EDI: PRA.COM | Dec 10 2025 05:24:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15313210 | + EDI: SYNC | Dec 10 2025 05:24:00 | Synchrony Bank, 200 Crossing Boulevard, Suite 101, Bridgewater, NJ 08807-2876 |
| 15313518 | + EDI: PRA.COM | Dec 10 2025 05:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 15313211 | + | EDI: SYNC | Dec 10 2025 05:24:00 | 23541-1021 Synchrony Bank/Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15313212 | + | EDI: SYNC | Dec 10 2025 05:24:00 | Synchrony Bank/IKEA, Po Box 965005, Orlando, FL 32896-5005 |
| 15313213 | + | EDI: SYNC | Dec 10 2025 05:24:00 | Synchrony Bank/Jwac, Po Box 965036, Orlando, FL 32896-5036 |
| 15313214 | + | EDI: SYNC | Dec 10 2025 05:24:00 | Synchrony Bank/Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15313215 | + | EDI: SYNC | Dec 10 2025 05:24:00 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15313216 | + | EDI: SYNC | Dec 10 2025 05:24:00 | Synchrony Bank/Roomful Express, Po Box 965036, Orlando, FL 32896-5036 |
| 15313217 | + | EDI: SYNC | Dec 10 2025 05:24:00 | Synchrony Bank/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15313218 | + | EDI: SYNC | Dec 10 2025 05:24:00 | Synchrony Bank/Score Rewards, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15313219 | + | EDI: SYNC | Dec 10 2025 05:24:00 | Synchrony Bank/Value City Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15313220 | + | EDI: SYNC | Dec 10 2025 05:24:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15313222 | + | EDI: WTRRNBANK.COM | Dec 10 2025 05:24:00 | TD Bank USA/Targer Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15313221 | + | EDI: WTRRNBANK.COM | Dec 10 2025 05:24:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15313223 | + | EDI: CITICORP | Dec 10 2025 05:24:00 | The Home Depot/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15326526 | | Email/Text: BNCnotices@dcmservices.com | Dec 10 2025 00:40:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15317210 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 10 2025 00:41:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15330386 | | EDI: AIS.COM | Dec 10 2025 05:24:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15313224 | + | EDI: WFHOME | Dec 10 2025 05:24:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 56

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15332285 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: 3180W | Total Noticed: 58 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Daniel P. Foster
   on behalf of Joint Debtor Shea Heather Murray dan@mrdebtbuster.com
   katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
   on behalf of Debtor Justin Eric Drexler dan@mrdebtbuster.com
   katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Denise Carlon
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew Fissel
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9