IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/9/25 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JUSTIN ERIC DREXLER
SHEA HEATHER MURRAY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-23260

Chapter 13

Related to Docket No. 55

ORDER OF COURT

AND NOW, this _____9th Day of December, 2025_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-23260-GLT
Justin Eric Drexler Chapter 13
Shea Heather Murray
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Dec 09, 2025      Form ID: pdf900      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Justin Eric Drexler, Shea Heather Murray, 133 Karen Place, Munhall, PA 15120-3605 |
| 15313200 | + | Dollar Bank Visa, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2025 00:54:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 10 2025 00:40:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15313185 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Dec 10 2025 00:44:17 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 15313186 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 10 2025 00:39:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15313187 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 10 2025 00:39:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 15317701 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 10 2025 00:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15314625 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 10 2025 00:39:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15313188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:54:48 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15313189 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:54:46 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15313190 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:54:45 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15313191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 00:54:50 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15313192 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:54:54 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15313193 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:54:55 | Citibank N.A., 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15313194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:44:22 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15313195 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 10 2025 00:41:00 | Comenity Bank/Express, Po Box 182789, |

Case 20-23260-GLT    Doc 67    Filed 12/11/25    Entered 12/12/25 00:32:24    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 15313196 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 10 2025 00:41:00 | | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15353615 | + | Email/Text: rnewton@communitybank.tv Dec 10 2025 00:41:00 | | Community Bank, 2111 N. Franklin Drive, Suite 200, Washington, PA 15301-5893 |
| 15313197 | + | Email/Text: rnewton@communitybank.tv Dec 10 2025 00:41:00 | | Community Bank NA, PO Box 357, Carmichaels PA 15320-0357 |
| 15313199 | | Email/Text: mrdiscen@discover.com Dec 10 2025 00:40:00 | | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 15313201 | | Email/PDF: Citi.BNC.Correspondence@citi.com Dec 10 2025 00:44:22 | | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15313198 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Dec 10 2025 00:41:00 | | Department of Education, Po Box 82561, Lincoln, NE 68501-2561 |
| 15332233 | + | Email/Text: kburkley@bernsteinlaw.com Dec 10 2025 00:42:00 | | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15313202 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com Dec 10 2025 00:40:00 | | First National Bank of PA, 4140 E State Street, Hermitage, PA 16148-3401 |
| 15321872 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Dec 10 2025 00:40:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15313203 | + | Email/PDF: ais.chase.ebn@aisinfo.com Dec 10 2025 00:44:14 | | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15313204 | + | Email/Text: BKRMailOPS@weltman.com Dec 10 2025 00:41:00 | | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15313205 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Dec 10 2025 00:43:45 | | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15313206 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 10 2025 00:41:00 | | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15317675 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 10 2025 00:41:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15333807 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 10 2025 00:40:00 | | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15327642 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 10 2025 00:40:00 | | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15313207 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 10 2025 00:40:00 | | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 15313208 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 10 2025 00:40:00 | | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15313209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2025 00:43:20 | | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15326728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2025 00:44:17 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15313210 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 10 2025 00:54:50 | | Synchrony Bank, 200 Crossing Boulevard, Suite 101, Bridgewater, NJ 08807-2876 |
| 15313518 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2025 00:43:19 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15313211 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 10 2025 00:55:03 | | Synchrony Bank/Home Design, Po Box 965036, Orlando, FL 32896-5036 |
| 15313212 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 10 2025 00:44:23 | | Synchrony Bank/IKEA, Po Box 965005, Orlando, FL 32896-5005 |
| 15313213 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 20-23260-GLT    Doc 67    Filed 12/11/25    Entered 12/12/25 00:32:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 10 2025 00:44:14 | Synchrony Bank/Jwac, Po Box 965036, Orlando, FL 32896-5036 |
| 15313214 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:55:07 | Synchrony Bank/Levin, Po Box 965036, Orlando, FL 32896-5036 |
| 15313215 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:43:36 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 15313216 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:43:36 | Synchrony Bank/Roomful Express, Po Box 965036, Orlando, FL 32896-5036 |
| 15313217 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:54:56 | Synchrony Bank/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15313218 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:43:36 | Synchrony Bank/Score Rewards, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15313219 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:43:51 | Synchrony Bank/Value City Furniture, Po Box 965036, Orlando, FL 32896-5036 |
| 15313220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 10 2025 00:44:14 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15313222 | + | Email/Text: bncmail@w-legal.com | Dec 10 2025 00:41:00 | TD Bank USA/Targer Credit, Po Box 673, Minneapolis, MN 55440-0673 |
| 15313221 | + | Email/Text: bncmail@w-legal.com | Dec 10 2025 00:41:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15313223 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 10 2025 00:44:22 | The Home Depot/CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15326526 | | Email/Text: BNCnotices@dcmservices.com | Dec 10 2025 00:40:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15317210 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 10 2025 00:41:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15330386 | | Email/PDF: ebn_ais@aisinfo.com | Dec 10 2025 00:44:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15313224 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 10 2025 00:43:17 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 54

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15332285 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Joint Debtor Shea Heather Murray dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Justin Eric Drexler dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9